(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
06/10/2025
Clerk, U.S. District Court
Western District of Texas

By: _____AQ_____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) ROBERTO JESUS VARGAS-MILLAN**
Defendant.

CASE NUMBER: **EP:25-M -03281(1) LE**
USM Number:

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Roberto Jesus Vargas-Millan, was represented by counsel, Octavio Arturo Dominguez.

The defendant pled guilty to the Complaint on June 10, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 06/08/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 06/08/2025 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 06/08/2025 |

As pronounced on June 10, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) business day.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, June 10, 2025.

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE